IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW NICHOLS**                                                                                          **PLAINTIFF**
**ADC #144876**

VS.                          No. 4:24-CV-01117-JM-BBM

**KASHONDA THOMPKINS, Major,**
**Jefferson County Detention Center**                                                            **DEFENDANT**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Plaintiff's complaint (Doc. No. 2) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. Dismissal is recommended as a "STRIKE," pursuant to 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE