IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW NICHOLS**                                                                                             **PLAINTIFF**
**ADC #144876**

VS.                                         No. 4:24-CV-01117-JM

**KASHONDA THOMPKINS, Major,**
**Jefferson County Detention Center**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE